**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

RABIA QANOUNI et al.,

                             **Plaintiffs,**

          **-against-**

D & H LADIES APPAREL LLC et al.,

                           **Defendants.**

------------------------------------------------------------------X

**18-CV-02763 (GBD)(VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On April 27, 2022, this case was reassigned to me for general pretrial supervision and to report and recommend on any dispositive motions. The parties are ordered to file a joint letter no later than **May 4, 2022,** providing the Court an update on the status of the case, including a brief statement of claims and defenses, the current pre-trial schedule, the status of discovery and whether the parties have had settlement talks or wish to schedule a settlement conference at this time.

**SO ORDERED.**

DATED:     New York, New York
             April 27, 2022

VALERIE FIGUEREDO
United States Magistrate Judge