# CLIFTON BUDD & DEMARIA, LLP

## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL (212) 687-7410
FAX (212) 687-3285
www.cbdm.com

IAN-PAUL A. POULOS
COUNSEL
E-MAIL: IAPOULOS@CBDM.COM

September 16, 2022

> **Application Granted**
>
> Valerie Figueredo, U.S.M.J.
> DATED: 9-20-2022
> The deadline for submission of the motion for settlement approval is Friday, November 4, 2022. The Clerk of Court is directed to close the motion at ECF No. 123. SO ORDERED.

**VIA ECF**

Hon. Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

      **Re:**    *Qanouni et al v. D & H Ladies Apparel LLC et al.*
             **1:18-cv-02763-GBD-VF**

Dear Judge Figueredo:

This firm represents the Defendants in the above referenced action. The parties write to report that they have reached a settlement in principle. The parties are in the process of memorializing the terms of the agreement in writing. For this reason, and because the undersigned will be away on vacation for two weeks, the parties respectfully request forty-five (45) days to submit their motion for settlement approval.

No other deadlines will be affected should this motion be granted.

Thank you for Your Honor's consideration.

                Respectfully submitted,

                CLIFTON BUDD & DEMARIA, LLP
                *Attorneys for the Defendants*

                By:_____
                    Arthur J. Robb
                    Ian-Paul A. Poulos

CC:    All Counsel of Record