# CLIFTON BUDD & DEMARIA, LLP

ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL (212) 687-7410  
FAX (212) 687-3285  
www.cbdm.com

IAN-PAUL A. POULOS  
COUNSEL  
E-MAIL: IAPOULOS@CBDM.COM

November 1, 2022

**Application Granted**  
Valerie Figueredo, U.S.M.J.  
DATED: 11-2-2022

**VIA ECF**

Hon. Valerie Figueredo  
United States Magistrate Judge  
Daniel Patrick Moynihan Courthouse  
500 Pearl Street, Room 1660  
New York, New York 10007

Re: *Qanouni et al v. D & H Ladies Apparel LLC et al.*  
1:18-cv-02763-GBD-VF

Dear Judge Figueredo:

This firm represents the Defendants in the above referenced action. The Defendants write with Plaintiffs' consent to respectfully request, pursuant to Section I(e) of Your Honor's *Individual Practices in Civil Cases*, an extension of time to submit their approval papers for the Court's review from November 4, 2022, through and including November 18, 2022. The parties have exchanged drafts of settlement agreement, but it is not yet finalized. The parties require an extension of time in order to finalize and execute the settlement agreement.

This is the first extension of the November 4, 2022, deadline to file settlement approval papers. *See* ECF Doc. 124. No other deadlines will be affected should this motion be granted.

Thank you for Your Honor's consideration.

Respectfully submitted,

CLIFTON BUDD & DEMARIA, LLP  
*Attorneys for the Defendants*

By: _____  
Arthur J. Robb  
Ian-Paul A. Poulos

CC: All Counsel of Record