# CLIFTON BUDD & DEMARIA, LLP

ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL (212) 687-7410
FAX (212) 687-3285
www.cbdm.com

IAN-PAUL A. POULOS
COUNSEL
E-MAIL: IAPOULOS@CBDM.COM

November 17, 2022

> Application Granted
> Valerie Figueredo, U.S.M.J.
> DATED: 11-18-2022
>
> The parties are directed to submit a joint update by December 5, 2022. The Clerk of Court is directed to terminate the motion at ECF No. 127. SO ORDERED.

**VIA ECF**
Hon. Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

Re:   *Qanouni et al v. D & H Ladies Apparel LLC et al.*
      **1:18-cv-02763-GBD-VF**

Dear Judge Figueredo:

This firm represents the Defendants in the above referenced action. The Defendants write with Plaintiffs' consent to respectfully request, pursuant to Section I(e) of Your Honor's *Individual Practices in Civil Cases*, an extension of time to submit their approval papers for the Court's review from November 18, 2022, through and including December 2, 2022. The parties have exchanged drafts of the settlement agreement, and it is nearly finalized, but some additional time is required. The parties require an extension of time in order to finalize and execute the settlement agreement.

This is the second extension of the November 18, 2022, deadline to file settlement approval papers. *See* ECF Doc. 124 & 126. No other deadlines will be affected should this motion be granted.

Thank you for Your Honor's consideration.

Respectfully submitted,

CLIFTON BUDD & DEMARIA, LLP
*Attorneys for the Defendants*

By: _____
   Arthur J. Robb
   Ian-Paul A. Poulos

CC:   All Counsel of Record