UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

RABIA QANOUNI, MARCOS FIALLOS,
ANA MARIA VALENCIA, ARNOLD
DOBLE, SILIUS BAZARD, and JUAN ELIAS
SANTIAGO PAEZ,

                    Plaintiffs,

      -against-

D&H LADIES APPAREL LLC, AB & SONS
GROUP, LLC; IAJ APPAREL LLC; ILE
CLOTHING, LLC; 396 B'WAY REALTY
CORP.; SALVA REALTY CORP.; ISAAC
CHETRIT, and ISAK PEREZ,

                    Defendants.
---------------------------------------------------------------X

18-CV-02763 (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        On February 10, 2023, the Court entered an Order (ECF No. 133), denying the parties' joint letter motion for approval of their proposed settlement agreement (see ECF Nos, 132, 132-1), without prejudice to refiling an amended settlement agreement. The parties are directed to submit a revised settlement agreement consistent with the modifications outlined in the February 10, 2022 Order by no later than **Friday, March 24, 2023**.

        SO ORDERED.

DATED:    New York, New York
               March 15, 2023

                                                                                           VALERIE FIGUEREDO
                                                                                           United States Magistrate Judge